**Richard SCHULTZ, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34197.**

Missouri Court of Appeals,
Western District.

Oct. 18, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

James W. Fletcher and Sean D. O'Brien, Kansas City, for movant.

John Ashcroft, Atty. Gen. and Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion to vacate judgment and sentence.

Judgment affirmed. Rule 84.16(b).